```
DINAH CRUZ
497 CONEJO AVE.
MOUNTAIN HOUSE, CA 95391
(209) 835 - 3881
NO FAX, NO E-MAIL

In pro per
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1. DINAH CRUZ,<br><br>      Plaintiff,<br><br>vs.<br><br>1. NDEX WEST LLC,<br>2. PRIORITY POSTING & PUBLICATION<br><br>      Defendants, | Case No.: CV 10 - 08685 (FMOx)<br><br>**Complaint to Action of Quiet Title/**<br>**Lis Penden**<br><br>1) Violation of Regulation Z of the Truth in Lending Act, pursuant to Title 5 U.S.C. section 1635(a) and Title 12 CFR 226.23 (d)(i). |

FILED 2010 NOV 12 PM 4:45 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF RIVERSIDE

Quiet Title Lis Penden/ Honor Draft - 1

Here comes the Plaintiff DINAH CRUZ who is bringing this complaint to Action of Quiet Title/ Lis Penden to this court. This controversy is over Five Hundred Thousand Dollars and it also involves a real property located at 497 W. Conejo Ave. Mountain House, CA 95391.

**JURISDICTION OF THE COURT**

The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; judicial power of the United States shall be vested in the Supreme Court by the Constitution for the United States of America. The Amendments 1-10, absolutely, and without qualification petition relief upon the Constitution, which has not been abolished and repealed by Congress.

The jurisdiction of this subject matter involves real property, constructive fraud, misinformation, failure to give full disclosure of contract, counterfeiting securities, conspiracy, and violation of Regulation Z of the Truth and Lending Act/ and GAAP/ the Federal Reserve Board Regulation. In further notice of jurisdiction and judicial notice DINAH CRUZ, reserve all rights, waiver none ever, displaying of Bonds (Financial Statement) from the Secretary of State. A claim of relief can only be granted under the Bankruptcy Reform Act of 1978 (Bankruptcy Emergency Act), House Joint Resolution-192 Public Policy, and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor.

Additional jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter/Title 18, is enforcement of criminal elements, and furthermore, the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal

**PARTIES OF INTEREST**

Plaintiff at all times mentions Secured Party DINAH CRUZ.

Defendants at all times mentions:

1. NDEX WEST LLC,
2. PRIORITY POSTING & PUBLICATION

**FACTS**

On or around February 24, 2010 a notice of trustee's sale has been served upon the DINAH CRUZ and the other residents of the property in question. The reason that the notice of trustee's sale was not filed in good faith indicates that the property has been already part of a substitution of trustee and full reconveyance and notice of cease and desist and the Defendants have been or should have been informed about those proceedings and honor the filings with a cease and desist. The Defendant instead honoring the paperwork disregarded the cease and desist and went forward with frivolous filing of a notice of trustee's sale against the Plaintiff. They did not properly served

Plaintiff and this is why Plaintiff found out about the judgment entered against her when she has been served with a notice of trustee's sale. This is the reason why Plaintiff is seeking the remedy in U.S. District Court.

The affirmative fact is that Plaintiff DINAH CRUZ, further has reason to believe that the general public and the public at large are in jeopardy due to these unethical business practices and the Defendants' willful refusal to give full disclosure pursuant to Regulation Z of the Truth in Lending Act and is expecting Relief under said act. This is the reason why DINAH CRUZ honors the defendant's mutual administrative settlement agreement and stipulations and has or will be filing, an action to Quiet title/Lis Penden, under the rules of the Common Law, to test the Validity of the Agreement and let the Jury make the Determination whether there is a Breach of Contract between the Grantor and the Grantee, who is the lawful owner of the property.

Please take Judicial Notice to the Ninth Circuit Ruling: Yanamoto V. Bank of New York, 329 f3d 1167; in 2003 the Judge mandated to Grant Relief and a Judge does not have any jurisdiction or discretion over anything that has to deal with Regulation Z.

Plaintiff would like to mention the recent case in Ohio when Judge Boyko in the state of Ohio in the USA made a ruling that the bank had no legal right to foreclose on 14 homes whose owners had failed to keep current in their monthly mortgage

1  payments. Now this might sound like small bear for Deutsche
2  Bank, one of the world's largest banks with over ¤1.1 trillion
3  (Billion) in assets worldwide. For the Anglo-Saxon banking world
4  and its European allies like Deutsche Bank, BNP Paribas,
5  Barclays Bank, HSBC or others.

7      A US Federal Judge, C.A. Boyko in Federal District Court in
8  Cleveland Ohio ruled to dismiss a claim by Deutsche Bank
9  National Trust Company. DB's US subsidiary was seeking to take
10 possession of 14 homes from Cleveland residents living in them,
11 in order to claim the assets.  The Judge asked Deutsche Bank to
12 show documents proving legal title to the 14 homes. Deutsche
13 Bank could not. All Deutsche Bank attorneys could show was a
14 document showing only "intent to convey the rights in the
15 mortgages." They could not produce the actual mortgage, the
16 heart of Western property rights since the Magna Charta of not
17 longer.

19     Again why could Deutsche Bank not show the 14 mortgages on
20 the 14 homes? Because they live in the exotic new world of
21 "global securitization", where banks like DB or Citigroup buy
22 tens of thousands of mortgages from small local lending banks,
23 "bundle" them into Jumbo new securities which then are rated by
24 Moody's or Standard & Poors or Fitch, and sell them as bonds to
25 pension funds or other banks or private investors who naively
26 believed they were buying bonds rated AAA, the highest, and
27 never realized that their "bundle" of say 1,000 different home
28 mortgages, contained maybe 20% or 200 mortgages rated "sub-

prime," i.e. of dubious credit quality. Indeed the profits being earned in the past seven years by the world's largest financial players from Goldman Sachs to Morgan Stanley to HSBC, Chase, and yes, Deutsche Bank, were so staggering, few bothered to open the risk models used by the professionals who bundled the mortgages. Certainly not the Big Three rating companies who had a criminal conflict of interest in giving top debt ratings. That changed abruptly last August and since then the major banks have issued one after another report of disastrous "sub-prime" losses.

Judge Boyko warned Lender Deutsche Bank National Trust Co. if Proper mortgage ownership documents weren't produced, he would Dismiss 14 foreclosures. Using this example Plaintiff, DINAH CRUZ is noticing that foreclosure of the properties in question was not legal; she is respectfully requesting to produce proper ownership documents from the Defendants. If not provided, the Foreclosure should be dismissed for the reason that Defendant did not have a reason to foreclosure on the property; especially that Defendant had or should have a knowledge that property in question is under substitution of trustee and full reconveyance document number: 20090187420182.

**COUNTERFEITING SECURITIES OF THE UNITED STATES**

Article 1, section 8, clause 6 in the U.S. Constitution provides that, "the Congress shall have power to provide for the punishment of counterfeiting the securities and current coin of the United States.

Pursuant to Title 28 U.S.C., section 4 of the Commission of Crimes Cognizable by a Court of the United States under Title 18 U.S.C. section 513 to wit 513(a), whoever makes utters or possesses a counterfeited security in a private capacity of a state or a political subdivision thereof, or of an organization, or government shall be fined not more than $250,000.00 or imprisoned not more than ten years or both. See also section 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. 2311-15 included evidence of indebtedness, which, in a broad sense may mean anything that is due or owing, which would include a duty, obligation, or right of action.  The negotiable instrument that was deposited in the above mentioned account, qualifies as counterfeited securities.

**FAILURE TO GIVE FULL DISCLOSURE OF CONTRACT ACCORDING TO THE TRUTH AND LENDING ACT AND REGULATION Z**

The Secured Party, DINAH CRUZ, spokesperson for the non-debtor corporation, reserve all rights and remedy under the Uniform Commercial Code and the Emergency Bankruptcy Act/ Bankruptcy reform act of 1978, wherefore the Chief Justice transmitted to Congress that all courts of the United States are subject to the Bankruptcy Court and the Bankruptcy code is the

Supreme Law of the Land. For the affirmative fact the Secured Party, pursuant to Public Policy HJR-192, Bill of Exchange for Four Hundred Ten Thousand Dollars and Zero Cents, the Secured Party transmitted Utilities to the Secretary of State and the Secretary of the Treasury, instructing all parties to make adjustment of account, wherefore the defendant and all parties of interest have currently been served.

## STATEMENT OF CAUSE

The Secured Party DINAH CRUZ attests and is informed of the definition of credit, "in the Federal consumer Credit Protection Act, Truth in Lending Act (Title 15 U.S.C.) As set forth in Regulation Z (12 CFR 226): Credit means the right to incur debt and defer its payment.

The Secured Party, DINAH CRUZ is further informed that it is the responsibility of the lenders (creditor) to give full disclosure of contract and delegated authority of right or executive order by Legislature to defer payment, and give a letter of credit/ check book entries/ and no loan, no lawful money according to Article 1, Section 10, clause 1 of the Federal Constitution mentions; **"no state shall enter into any treaty, alliance, or confederation, grant letter of marquees and reprisal, coin money, emit bills of credit..." And it further mentions the only lawful tender is gold and silver coin, Am Jur 2d 81.**

The affirmative fact is that Defendants and its cohorts, also failed to disclose that the original loan was created by a check book entry, which may be sold in the open market (as a promissory note) for 80-90 cents on the dollar with no consideration to the Plaintiff. The Defendants further failed to disclose the loan was pre-paid and the Plaintiff would be converted into joint tenants for 30 years. It also was not disclosed to the plaintiff that all monthly payments of Federal Reserve Notes, tender for debt. ("Federal Reserve Notes are valueless" see Internal Revenue Code at Section 1. 1001-1 (4657) C.C.H.

**See Jerome Daily v. First National Bank of Montgomery, Minn., Justice Martin v. Mahoney Credit River Township, December 7-9 1968 ruled that Federal Reserve Notes were fiat money and not legal tender. After jury deliberation and return a unanimous verdict for defendant was entered after bank president admitted that it was standard banking procedure that he created the "money", he loaned it to the defendant as a book entry. On December 7th at the conclusion of trial the mortgage was canceled.**

The Secured Party, DINAH CRUZ, further has reason to believe this operation under the color of authority by Defendants is in direct violation of the Constitution for the United States of America, also the U.S. Federal Constitution, which prohibits Bills of credit, and authenticates securities of the United States and further defer payment with the people and

the general public at large. The Secured Party, DINAH CRUZ, in their own stead, rescinded the loan contract due to constructive fraud and usury, and also due to unethical business practice.

## JUDICIAL NOTICE OF HOW A THE CLAIM OF RELIEF CAN BE GRANTED

The Secured Party, DINAH CRUZ gives **Judicial Notice to the United States District Court that relief can only be granted:**

A) Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. Per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.

B) My bond UCC-1 financial Statement/ Transmitting Utilities Under Public Policy HJR-192, the Bankruptcy Reform Act of 1978/ Emergency Bankruptcy Act and adjustment of my pre-paid account with the Secretary of State and the Secretary of the Treasury in exchange with my exemption, and release of all property/ proceeds to the Secured Party in Accordance with the Uniform Commercial Code.

## CONCLUSION

The Secured Party, DINAH CRUZ, honored and further anticipates that Defendants and their attorneys invade of administrative settlement agreement between the parties, in a

spurious attempt to cover up the RICO and unclean hands, requests an order for dismissal due to defendants' failure to post bond or state how a claim of relief can be granted, when the affirmative fact shows the Acceptance for value by the Secured Party, see exhibit of bond, a.k.a. financial statement/ transmit of utilities and adjustment of account has been taken care of under Public Policy HJR-192/ Emergency Bankruptcy Act, which the plaintiff gives Judicial Notice of the settlement agreement and stipulations and this is how a claim of relief can be granted and all of the mentioned in the above.

**PRAYER**

1) Request to the Court that the it will honor the terms and conditions of the settlement agreement between the parties to Stay of all dishonor/ non-judicial foreclosure proceeding, stay of harassment of the Plaintiff.

2) Request to the Court those Defendants will honor the terms and conditions of the settlement agreement between the parties request for three times the above and the amount of the bill of exchange, which will be presented at trial.

3) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties Defendant will cease and desist all commercial **dishonor/failed** to give full disclosure pursuant to Regulation Z of the Truth-in-Lending Act, that lawful money was loaned out **dishonored** by silence, Plaintiff's Request to have a professional accountant

to check the credit and debit of the account. Request that this court accept Plaintiff's bond UCC-1 financial statement by the secretary of state as acceptance merit evidence that a claim of relief has been mentioned according to HJR-192 Public Policy and the Bankruptcy Emergency Act/ Uniform Commercial Code.

4) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties, as well as special request that this controversy is governed only according to the rule of the Common Law Article III proceeding, waiver of Rights none ever to special Maritime Territory and Jurisdictional proceeding of legislative none ever, unless signed by a notary public...

5) Request to the Court that Defendant will honor the terms and conditions of the settlement agreement between the parties and further **relief can only be granted by Regulation Z of the Truth in Lending Act Title 5 USC Section 1635 (A) and the Title 12 CFR 226.23 (d)(i), 9th Circuit ruling in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z Action for rescission and Replevin is further Authorized Per House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

6) Request to the Court that Defendants will honor the terms and conditions of the settlement agreement between the parties to have Defendants before they hire any attorney dishonor/ protest DINAH CRUZ'S honor draft (Quiet Title Lis Penden) that they first swear under their full commercial liability under the penalty of perjury and sign a jurat or record a full

Reconveyance on the Deed of Trust in the County Recorder and do whatever the District Court of the United States article III court deem to be just and proper.

## VERIFICATION

The Secured Party, DINAH CRUZ, declares and attests that he has honored all Defendants' notices. In further he dishonored any refusal to sign under Defendants' full commercial liability under the penalty of perjury and gives full disclosure pursuant to the Truth and Lending Act/ Regulation Z by signed jurat before a notary public that all loans are lawful money and are backed by gold and silver and the Plaintiff, DINAH CRUZ qualifies under the House Joint Resolution-192, the United States insurance policy, (and according to DINAH CRUZ'S home insurance policy) to have the public debt discharged. Any mention that judicial notice of relief can only be granted under Public Policy HJR-192 and the Emergency Bankruptcy Reform Act of 1978, 45 Am Jur 2d 81 and Defendants' dishonoring the administrative settlement agreement between the parties by non judicial foreclosure/ counter claims/ motion for dismissal shall be viewed as a breach of agreement between the parties and shall also be viewed as true and correct.

November 11, 2010

Henceforth Submitted;

_____
DINAH CRUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

### CV10- 8685 RSWL (FMOx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:

DINAH CRUZ
497 W. CONEJO AVE.
MOUNTAIN HOUSE, CA 95391

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| 1. DINAH CRUZ | |
| PLAINTIFF(S) | CV 10 - 08685 RSWL (FMOx) |
| v. | |
| 1. NDEX WEST LLC, | |
| 2. PRIORITY POSTING & PUBLICATION | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):  1) NDEX WEST LLC,
                     2) PRIORITY POSTING & PUBLICATION

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____DINAH CRUZ_____, whose address is _____497 W. CONEJO AVE., MOUNTAIN HOUSE, CA 95391_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
Clerk, U.S. District Court

Dated: NOV 12 2010

By: L. MURRAY
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS

[FOR OFFICE USE ONLY]